Slip Op. 16-34

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FOSHAN SHUNDE YONGJIAN HOUSEWARES & HARDWARES CO., LTD., | |
| Plaintiff, | |
| v. | Before: Leo M. Gordon, Judge |
| UNITED STATES, | Court No. 12-00069 |
| Defendant. | |

**JUDGMENT**

Before the court is the U.S. Department of Commerce Redetermination Pursuant to Court Remand (Mar. 29, 2016), ECF No. 84 ("Second Remand Results"). The parties have advised the court that neither the Plaintiff nor the Defendant-Intervenor will oppose the Second Remand Results. Joint Status Report Re Comments on Second Remand Determination 1, ECF No. 85. Accordingly, it is hereby

**ORDERED** that final results of administrative review of the antidumping duty order covering floor-standing, metal-top ironing tables from the People's Republic of China, see Floor-Standing, Metal-Top Ironing Tables and Certain Parts Thereof from the People's Republic of China, 77 Fed. Reg. 14,499 (Dep't of Commerce Mar. 12, 2012) (final results admin. review) are sustained, except for the matters not sustained by Foshan Shunde Yongjian Housewares & Hardwares Co. v. United States, 37 CIT ___, 896 F. Supp. 2d 1313 (2013) (order remanding to Commerce); it is further

**ORDERED** that the first remand results, Final Results of Redetermination Pursuant to Court Remand (Apr. 9, 2015), ECF No. 64, are sustained except for the

matters not sustained by <u>Foshan Shunde Yongjian Housewares & Hardwares Co. v. United States</u>, 40 CIT ___, Slip Op. 16-1 (2016) (order remanding to Commerce); it is further

ORDERED that the <u>Second Remand Results</u> are sustained; and it is further

ORDERED that the subject entries enjoined in this action, <u>see</u> <u>Foshan Shunde Yongjian Housewares & Hardwares Co. v. United States</u>, Court No. 12-00069 (CIT Mar. 23, 2012), ECF No. 10 (prelim. inj. order), must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).


                                                  /s/ Leo M. Gordon
                                                Judge Leo M. Gordon


Dated: April 6, 2016
       New York, New York